# EXHIBIT 6

CCR Central Contractor Registration

## Search Results

**7 Companies Found for Code 485320, SBA Certified HUB Zone**

Search Again | Save Records | Print Records

**FOR OFFICIAL USE ONLY**

| INFO | DUNS | CAGE | Legal Business Name | CITY | ST | CNTRY |
|---|---|---|---|---|---|---|
| Detail | 006752294 | 1YDE6 | TOP NOTCH SECURITY INC | MEMPHIS | TN | USA |
| Detail | 022061027 | 3ALH0 | AMERIFUN | WICHITA | KS | USA |
| Detail | 130570752 | 3F4H5 | K&G MEETINGS & EVENTS, INC. | NORMAN | OK | USA |
| Detail | 557414323 | 3SXE0 | BEATTY'S SERVICES INC | HACKENSACK | NJ | USA |
| Detail | 614747660 | 48PJ6 | AMBUCARE OF WEST MICHIGAN, LLC | MUSKEGON | MI | USA |
| Detail | 624008715 | 4DSV1 | FCW GROUP | WASHINGTON | DC | USA |
| Detail | 796287423 | 3EAQ1 | SHIRLINGTON LIMOUSINE AND TRANSPORATION INC | WASHINGTON | DC | USA |

Search took 0.87 seconds

Return to Previous Page
Return to Search Page
Return to the CCR Home Page
Return to the BPN.gov Home Page

**FOR OFFICIAL USE ONLY**

**The Search function is designed for single inquiries only.** For information about products and services for mass inquiries or tailored extracts, access this site: TDP Extracts (excessive usage is monitored).

**Note to all users:** This is a Federal Government computer system. Use this system constitutes consent to monitoring at all times.

CCR Central Contractor Registration

## Search Results

**16 Companies Found for Code 485999, SBA Certified HUB Zone**

Search Again | Save Records | Print Records

**FOR OFFICIAL USE ONLY**

| INFO | DUNS | CAGE | Legal Business Name | CITY | ST | CNTRY |
|---|---|---|---|---|---|---|
| Detail | 036988470 | 3ZHT7 | YOUTH ON THE MOVE, LLC | SPRINGFIELD | MA | USA |
| Detail | 071795830 | 4KMA1 | AMERICAN NATIVE MEDICAL TRANSPORT | PERIDOT | AZ | USA |
| Detail | 098715878 | 1M7R0 | PERRY MANAGEMENT CORPORATION OF SOUTH DAKOTA LLC | HONOLULU | HI | USA |
| Detail | 112629373 | 3UCZ8 | BATTLE'S TRANSPORTATION, INC | WASHINGTON | DC | USA |
| Detail | 112641196 | 0BFK2 | S W R INC | TROY | AL | USA |
| Detail | 123124963 | 3MQY5 | HAPPY JAC'S MANAGEMENT SERVICES | ORANGEBURG | SC | USA |
| Detail | 132094306 | 3FVH9 | RANGER LAND SYSTEMS, INC. | HUNTSVILLE | AL | USA |
| Detail | 148219145 | 3WME0 | MERRITT EXPEDITERS | CAIRO | GA | USA |
| Detail | 168383920 | 32LY0 | STARLIGHT SERVICES, INC | HONOLULU | HI | USA |
| Detail | 622004893 | 0N1Y8 | WINCOR MANAGEMENT GROUP INC | DUNN | NC | USA |
| Detail | 624008715 | 4DSV1 | FCW GROUP | WASHINGTON | DC | USA |
| Detail | 796287423 | 3EAQ1 | SHIRLINGTON LIMOUSINE AND TRANSPORATION INC | WASHINGTON | DC | USA |
| Detail | 827706503 | 1WF91 | FRIENDSHIP TRANSPORTATION ENTERPRISE, INC | SAN DIEGO | CA | USA |
| Detail | 833271125 | 1CSQ6 | HAPPY TRAVELERS TOURS | WILSON | NC | USA |
| Detail | 878852391 | 011Z3 | VGA INCORPORATED | COLLEGE PARK | MD | USA |
| Detail | 938225804 | 01SK4 | MAGNA FORCE INC | PORT ANGELES | WA | USA |

Search took **3.94** seconds

Return to Previous Page
Return to Search Page
Return to the CCR Home Page
Return to the BPN.gov Home Page

**FOR OFFICIAL USE ONLY**

**The Search function is designed for single inquiries only.** For information about products and services for mass inquiries or tailored extracts, access this site: TDP Extracts (excessive usage is monitored).

**Note to all users:** This is a Federal Government computer system. Use this system constitutes consent to monitoring at all times.