# EXHIBIT 7

Vendors
Federal Business Opportunities

# V -- SHUTTLE SERVICES AND EXECUTIVE TRANSPORTATION SUPPORT

---

---

## General Information

| | |
|---|---|
| Document Type: | Sources Sought Notice |
| Solicitation Number: | Reference-Number-RFI06-23-06 |
| Posted Date: | Jun 23, 2006 |
| Archive Date: | Jul 31, 2006 |
| Original Response Date: | Jul 18, 2006 |
| Current Response Date: | Jul 18, 2006 |
| Classification Code: | V -- Transportation, travel, & relocation services |
| SetAsides: | |
| Naics Code: | 485999 -- All Other Transit and Ground Passenger Transportation |

## Contracting Office Address

Department of Homeland Security, Office of the Chief Procurement Officer, Office of Procurement Operations, Office of the Chief Procurement Officer, Washington, DC, 20528

## Description

REQUEST FOR INFORMATION This is an announcement of a Request for Information (RFI) to assist in planning a comprehensive contract to meet all DHS and component transportation needs for shuttle and sedan service. The Department of Homeland Security (DHS) is seeking interested parties willing and capable of providing for DHS and component transportation needs of daily scheduled shuttle bus/van services over fixed routes, unscheduled group bus/van transportation, and VIP transport via executive sedan, to include provision of all labor and equipment. The applicable NAICS Codes are: 485999 - Transit and Ground Passenger Transportation and 485320 - Limousine Service. This procurement is unrestricted. This is not a solicitation. This notice does not constitute a Request for Proposal, nor does it restrict the Government as to the ultimate acquisition approach, nor should it be construed as a commitment by the Government. The Government will not reimburse any costs for providing information, documentation, and or data submitted or preparation costs for submittals in response to this RFI. A. REQUIREMENT 1. PERSONNEL & ADMINISTRATION 1.1 All Contractor principals and operations personnel are required to obtain a Suitability Determination. Operations personnel are required to posses and maintain a valid State Commercial Driver's License (CDL) for the type and class of vehicle to be operated. Non-driving Contractor supervisory and administrative personnel are not required to maintain a valid CDL, but must obtain a Suitability Determination. The Contractor is responsible

for maintaining a cleared facility for parking the sedans and busses. 1.2 The Contractor will provide property damage and personal liability/injury insurance coverage on all of its equipment and personnel at all times. The Contractor is responsible for ensuring its personnel adhere to all local, state and federal laws, and the Contractor is financially responsible for all fines, parking tickets, traffic tickets, etc. incurred by its personnel in the performance of DHS operational requirements 1.3 All Contractor personnel are required to wear standard, Contractor-provided uniforms consisting of dress shoes, dress slacks/skirt, dress shirt/blouse, tie/scarf, and suit jacket. Contractor personnel must maintain a clean, neat and professional appearance and display a Contractor identification patch on one article of outwears at all times. 2. OPERATIONS 2.1 The vast majority of services are to be provided Monday through Friday (less Federal Holidays) from approximately 6:00 a.m. to 6:00 p.m., primarily in the Washington DC metropolitan area, which includes the District of Columbia and various counties in Maryland and Virginia within 50 miles of the I95/495 Interstate. The Contractor must continuously staff the Dispatch Office from 6:00 a.m. to 7:00 p.m. to ensure continuity of operations for Contractor-provided services. Regular office hours for receiving vehicle reservations are 7:30 a.m. to 5:00 p.m. In addition to performing operational services for DHS personnel throughout the day on an as-scheduled/requested basis, the Contractor shall be responsible for the following operations: 2.2 Identifying and obtaining all permits, certificates, etc. necessary to operate Contractor-provided equipment in support of DHS requirements, and for obtaining and funding all vehicle related permits, inspections, tolls, fees, commercial parking/garaging facilities, traffic tickets, etc. Contractor will also maintain detailed logs that contain information on destinations, locations, miles traveled, and passengers transported for each trip. 2.3 Shuttle service in the DC Metro area consists of 8 regularly scheduled routes run primarily between the Main DHS building located at 7th & D Streets, SW DC and multiple stops in and around the area. Some routes require a single 15-passenger while others may require simultaneously running 15-passenger vans, or larger passenger buses carrying an average total of up to 50,000 riders monthly. 2.4 Unscheduled group bus/van services are required for groups of 15-100 people in the DC Metro area year-round. Trips range in duration from single, local, partial-day trips to full-day, multiple-stop, multiple-day trips. Periodic trips out of the DC Metro area are required occasionally. 2.5 VIP transport services provided by executive sedan on a scheduled basis and in accordance with DHS established priorities for an average of 1,500 sedan trips monthly. Pick up and drop off points are generally within the DC area, the Nebraska Avenue Complex, NW, and to and from the three major airports in the area. 3. EQUIPMENT 3.1 The Contractor will provide all equipment needed to meet DHS operational requirements; the Contractor will provide all fuel, lubricants, preventive/breakdown maintenance, towing and safety/emissions inspections for its equipment. 3.2 The Contractor may be required to provide, as primary equipment, vehicles and busses to meet the following projected requirements: dark blue or black four-door executive sedans (equal to or better than Ford Crown Victoria or Mercury Grand Marquis); Buses must be handicapped/wheelchair accessible. Buses must also be equipped with changeable destination/route identification signs 3.3 In the event of primary equipment breakdown, the Contractor is responsible for providing equal or better replacement equipment within one hour. The Contractor will be required to provide additional drivers and vehicles of any size/type specified above to meet new and/or emergent requirements; new requirements will normally be identified at least 30 days prior to the new requirement start date. 3.4 All Contractor vehicles must be equipped with Contractor-provided two-way radios that allow the operator to readily communicate with the main Dispatch Office. All Contractor-provided vehicles will meet or exceed the safety inspection and emissions requirements of the jurisdiction where the vehicle is registered. 4. FACILITY REQUIREMENT 4.1 It is the overall responsibility of the contractor to ensure that all supplies, materials, tools, tags, credit cards, and vehicles are safeguarded against loss and theft. When a vehicle is stored, the vehicle is to be locked and the keys and credit card are to be secured. Procedures should be established for the secure pick-up and return of vehicles during other than normal operating hours. Stocked parts, tires, tags, and credit cards are to be

secured in a locked parts room or locked cabinet, when unattended. Further, procedures should be established to ensure that only authorized personnel are permitted access to these areas. 4.2 The determination as to whether or not it is practicable or feasible to use contractor proposed storage space or a particular type of storage space at a particular location shall be made by the Department of Homeland Security after considering the nature of program demands and special requirements at that location. All unattended motor vehicles should be locked. B. SECURITY FOR SENSITIVE REQUIREMENTS 1. GENERAL Performance of this contract requires the Contractor to gain access to sensitive but unclassified (SBU) information. SBU is unclassified information for official use only. Contractor employees that do not have a security clearance and require access to SBU information will be given a suitability determination. Requirements for suitability determination are defined in paragraph 3.0. 2. CONTRACTOR PERSONNEL 2.1 EMPLOYMENT ELIGIBILITY The Contractor shall ensure that each employee working on this contract possess a social security card that has been approved and issued by the Social Security Administration. The Contractor shall be responsible to the Government for acts and omissions of his employees as well as Subcontractor(s) and their employees. Subject to existing law, regulations and/or other provisions of this contract, illegal or undocumented aliens shall not be employed by the Contractor or perform on this contract. The Contractor shall ensure this provision is expressly incorporated into any and all subcontracts or subordinate agreements issued in support of this contract. 2.2 CONTINUED ELIGIBILITY DHS reserves the right to deny and/or restrict entrance to government facilities, prohibit employees from assigned work under the contract, deny and/or restrict handling of classified documents/material to any Contractor employee who DHS determines to present a risk of compromising sensitive Government information. The Contractor shall report to the DHS Security Office any and all adverse information brought to their attention concerning employees performing under this contract. Reports based on rumor or innuendo shall not be included. The subsequent termination of employment of an employee does not obviate the requirement to submit this report. The report shall include the employee's name and social security number, along with the adverse information being reported. 2.3 TERMINATION The DHS Security Office shall be notified of all terminations/resignations within five (5) days of occurrence. The Contractor shall return to the Contracting Officer Technical Representative (COTR) all DHS issued identification cards and building passes that have either expired or have been collected from terminated employees. If an identification card or building pass is not available to be returned, a report shall be submitted to the COTR, referencing the pass or card number, name of individual to who it was issued and the last known location and disposition of the pass or card. 2.4 SECURITY MANAGEMENT The Contractor shall appoint a senior official to act as a Security Officer. The individual shall interface with the DHS Security Office through the COTR on all security matters, to include physical, personnel, and protection of all sensitive documents/material handled by the Contractor. The COTR and DHS Security Office will have the right to inspect procedures, methods and facilities utilized by the Contractor to comply with the security requirements under this contract. Should the COTR or DHS Security Office determine the Contractor is not in compliance with the security requirements of the contract, the Contracting Officer will notify the Contractor, in writing, of the appropriate action that will be taken to rectify any non-compliance to the contract security requirements. 3.0 SUITABILITY DETERMINATION DHS shall exercise full control over granting, denying, withholding or terminating unescorted government facility and/or access to or handling of both classified and sensitive Government information to Contractor employees based upon the results of a background investigation. DHS may, as deems appropriate, authorize and grant a favorable entry on duty (EOD) decision based on preliminary security checks. The favorable EOD decision would allow the employees to commence work temporarily prior to the completion of the full investigation. The granting of a favorable EOD decision shall not be considered as assurance that a full employment suitability authorization will follow as a result thereof. The granting of a favorable EOD decision or a full employment suitability determination

shall in no way prevent, preclude, or bar the withdrawal or termination of any such access by DHS, at any time during the term of the contract. No employee of the Contractor shall be allowed unescorted access to a Government facility without a favorable EOD decision or suitability determination by the Security Office. Contract employees assigned to the contract not requiring access to sensitive DHS information or recurring access to DHS facilities will not be subject to security suitability screening. Contract employees waiting for an EOD decision may begin work on the contract provided they do not access sensitive Government information. Limited access to Government buildings is allowable prior to the EOD decision if the Contractor is escorted by a Government employee. This limited access is to allow Contractors to attend briefings, non-recurring meetings and begin transition work. 4.0 BACKGROUND INVESTIGATIONS Contract employees (to include applicants, temporaries, part-time and replacement employees) under the contract, requiring access to sensitive information, shall undergo a position sensitivity analysis based on the duties each individual will perform on the contract. The results of the position sensitivity analysis shall identify the appropriate background investigation to be conducted. All background investigations will be processed through the DHS Security Office. Prospective Contractor employees shall submit the following completed forms to the DHS Security Office through the COTR no less than thirty (30) days before the start date of the contract of thirty (30) days prior to entry on duty of any employees, whether a replacement, addition, subcontractor employee, or vendor: a. Standard Form 85P, "Questionnaire for Public Trust Positions" b. FD Form 258, "Fingerprint Card" (2 copies) c. Conditional Access To Sensitive But Unclassified Information Non-Disclosure Agreement d. Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act Required forms will be provided by DHS at the time of award of the contract. Only complete packages will be accepted by the DHS Security Office. Specific instructions on submission of packages will be provided upon award of the contract. Be advised that unless an applicant requiring access to sensitive information has resided in the US for three of the part five years, the Government may not be able to complete a satisfactory background investigation. In such cases, DHS retains the right to deem an applicant as ineligible due to insufficient background information. The use of Non-U.S. citizens, including Lawful Permanent Residents (LPRs), is not permitted in the performance of this contract for any position that involves access to or development of any DHS Information Technology (IT) systems. DHS will consider only U.S. Citizens and LPRs for employment on this contract. DHS will not approve LPRs for employment on this contract in any position that requires the LPR to access or assist in the development operation, management or maintenance of DHS IT systems. By signing this contract, the Contractor agrees to this restriction. In those instances where other non-IT requirements contained in the contract can be met by using LPRs, those requirements shall be clearly described. 5.0 INFORMATION TECHOLOGY SECURITY CLEARANCE When sensitive government information is processed on Department telecommunications and automated information systems, the Contractor shall provide for the administrative control of sensitive data being processed and adhere to the procedures governing such data as outlined in "DHS IT Security Program – Publication DHS MD 4300.Pub". Contractor personnel must have favorably adjudicated background investigations commensurate with the defined sensitivity level. Contractors who fail to comply with Department security policy are subject to having their access to Department IT systems and facilities terminated, whether or not the failure results in criminal prosecution. Any person who improperly discloses sensitive information is subject to criminal and civil penalties and sanctions under a variety of laws (e.g., Privacy Act). 6.0 INFORMATION TECHNOLOGY SECURITY TRAINING AND OVERSIGHT All Contractor employees using Department automated systems or processing Department sensitive data shall be required to receive Security Awareness Training. This training will be provided by the appropriate component agency of DHS. Contractors involved with management, use, or operation of any IT systems that handle sensitive information within or under the supervision of the Department, shall receive periodic training at least annually in security awareness and accepted security practices and

systems rules of behavior. Department Contractors, with significant security responsibilities, shall receive specialized training specific to their security responsibilities annually. The level of training shall be commensurate with the individual's duties and responsibilities and is intended to promote a consistent understanding of the principles and concepts of telecommunications and IT systems security. All personnel who access Department information systems will be continually evaluated while performing these duties. Supervisors should be aware of any unusual or inappropriate behavior by personnel accessing systems. Any unauthorized access, sharing of passwords, or other questionable security procedures should be reported to the local Security Office or Information System Security Officer (ISSO). 7.0 REFERENCES 7.1 DHS Office of Security DHS, Office of Security Personnel Security Staff Attn: Ora Smith Washington DC 20528 Telephone: (202) 772-9871 C. REQUEST FOR INFORMATION RESPONSE Interested firms responding to this RFI should provide a capability package identifying your firm's: a. Core services, including NAICS codes b. Key personnel c. Corporate experience, and a listing of existing or previous contracts (with points of contact) for similar-type services d. Type of Business (i.e., Large Business, Small Business veteran owned, 8(a), woman-owned, etc.) e. Current facility security clearance level for overnight parking of vehicles and busses f. Drivers with suitability determinations Capability packages should be submitted via e-mail to the Contracting Officer, Shirley Turner at Shirley.turner@dhs.gov no later than 9:00 A.M. July 18, 2006.

**Point of Contact**

Shirley Turner, Contract Specialist, Phone 202-772-9586, Fax 202-205-3204, Email shirley.turner@dhs.gov

**Place of Performance**

Address: Washington, D.C.
Postal Code: 20528
Country: USA

---

**Goverment-wide Numbered Notes**
DHS-Specific Numbered Notes

---

**You may return to Business Opportunities at:**

- DHS Office of the Chief Procurement Officer listed by [Posted Date|Classification Code]
- DHS Agencywide listed by [Posted Date|Classification Code]

---

[Home] [SEARCH synopses] [Procurement Reference Library]