# EXHIBIT 8

# V -- Shuttle Services and Executive Transportation Support

---

---

**General Information**

| | |
|---|---|
| Document Type: | Sources Sought Notice |
| Solicitation Number: | RFI062306AMENDMENT01 |
| Posted Date: | Oct 10, 2006 |
| Original Response Date: | |
| Current Response Date: | |
| Original Archive Date: | |
| Current Archive Date: | |
| Classification Code: | V -- Transportation, travel, & relocation services |
| Naics Code: | 485999 -- All Other Transit and Ground Passenger Transportation |

**Contracting Office Address**

Department of Homeland Security, Office of the Chief Procurement Officer, Office of Procurement Operations, Office of the Chief Procurement Officer, Washington, DC, 20528

**Description**

This is an amendment to Request for Information (RFI) Number: RFI06-23-06 posted on June 23, 2006. The purpose of this amendment is for informational purposes ONLY. A response to this RFI is NOT required or expected. This amendment is to inform interested parties that responded to RFI06-23-06 that the Department of Homeland Security (DHS) acquisition approach for the planning of a comprehensive contract to meet all DHS and component transportation needs for shuttle and sedan service will require that all interested parties have a Defense Industrial Security Clearance Office (DISCO) cleared Contractor Owned facility at time of award. The Contractor is responsible for maintaining a DISCO cleared facility for parking the sedans and shuttle buses on a 24 x 7 basis. The contractor must be capable of providing transportation needs of daily scheduled shuttle bus/van services over fixed routes, unscheduled group bus/van transportation, and VIP transport via executive sedan, to include provision of all labor and equipment. All Contractor principals and operations personnel are required to obtain a Secret Clearance. Operations personnel are required to possess and maintain a valid State Commercial Driver's License (CDL) for the type and class of vehicle to be operated. This notice does not constitute a Request for Proposal, nor does it restrict the

Government as to the ultimate acquisition approach, nor should it be construed as a commitment by the Government.

**Point of Contact**

Vicky Short, Contract Specialist, Phone 202-447-5485, Fax 202-447-5545, Email victoria.short@dhs.gov

Register to Receive Notification

---

**Government-wide Numbered Notes**
**You may return to Business Opportunities at:**

- DHS OCPO listed by [Posted Date]
- DHS Agencywide listed by [Posted Date]

---

[Home] [SEARCH synopses] [Procurement Reference Library]