# EXHIBIT 9

**BID RECEIPT**

1. Date & Time Bid Received.

RECEIVED
2006 DEC 19 A 9:20
GSA-NCR
BID ROOM

2. IFB or Project No.
W5HQDC07R 00009

3. Name & Address of Firm IFB/SFO Received From.

4. Signature of Individual Hand Delivering Bid *(Representative or Firm or Messenger Service's Name and Address).*

*This to certify that the Business Service Center, Bid Room, Room 1701, National Capital Region received a hand delivered Bid on the date and time shown above.*

5. Signature of BSC Employee Accepting Bid.

General Services Administration

GSA DC-89111135

NCR-1275 (11-89)