# EXHIBIT 11

IV

109TH CONGRESS
2D SESSION

# H. RES. 809

Directing the Secretary of the Department of Homeland Security to transmit to the House of Representatives not later than 14 days after the date of the adoption of this resolution documents in the Secretary's possession relating to any existing or previous agreement between the Department of Homeland Security and Shirlington Limousine and Transportation, Incorporated, of Arlington, Virginia.

---

IN THE HOUSE OF REPRESENTATIVES

MAY 9, 2006

Ms. SLAUGHTER submitted the following resolution; which was referred to the Committee on Homeland Security

---

# RESOLUTION

Directing the Secretary of the Department of Homeland Security to transmit to the House of Representatives not later than 14 days after the date of the adoption of this resolution documents in the Secretary's possession relating to any existing or previous agreement between the Department of Homeland Security and Shirlington Limousine and Transportation, Incorporated, of Arlington, Virginia.

*Resolved,* That the Secretary of the Department of Homeland Security is directed to transmit to the House of Representatives not later than 14 days after the date of the adoption of this resolution documents in the Sec-

retary's possession relating to any existing or previous agreement between the Department of Homeland Security and Shirlington Limousine and Transportation, Incorporated, of Arlington, Virginia (hereinafter in this resolution referred to as "Shirlington Limousine"), including—

(1) all records setting forth or discussing policies, procedures, or guidelines relating to any existing or previous agreement between the Department of Homeland Security and Shirlington Limousine;

(2) all records of communication between the Department of Homeland Security and the President or other current or former officials of the Federal Government, including the executive and legislative branches, relating to any existing or previous agreement between the Department of Homeland Security and Shirlington Limousine;

(3) all records indicating or discussing any negotiations between the Department of Homeland Security and Shirlington Limousine relating to any existing or previous agreement between the Department of Homeland Security and Shirlington Limousine;

(4) all records indicating or discussing any negotiations between the Department of Homeland Security and ADCS, Incorporated, including its cur-

rent and former principals, relating to any existing or previous agreement between the Department of Homeland Security and Shirlington Limousine;

(5) all records indicating or discussing any negotiations between the Department of Homeland Security and MZM, Incorporated, including its current and former principals, relating to any existing or previous agreement between the Department of Homeland Security and Shirlington Limousine; and

(6) all records indicating or discussing any negotiations between the Department of Homeland Security and Athena Innovative Solutions, Incorporated, including its current and former principals, or its parent company, including its current and former principals, relating to any existing or previous agreement between the Department of Homeland Security and Shirlington Limousine.

○