# EXHIBIT 12

**FOR IMMEDIATE RELEASE**
Thursday, October 19, 2006

## Slaughter Sends Letter to DHS Secretary Chertoff In Response to Renewal of Shirlington Contract

***Urges Revocation of Contract Until Completion of Federal Investigation***

**Washington, DC -** Rep. Louise M. Slaughter (D-Fairport), Ranking Member of the House Rules Committee, today sent a letter to Homeland Security Secretary Michael Chertoff following the news that the Department has decided to renew a $21 million annual contract granted to Shirlington Limousine Incorporated, a Virginia-based company implicated in the bribery scandal which ended the political career of former Republican Representative Randy "Duke" Cunningham.

**"Once again, I am disappointed by your agency's apparent disregard for the integrity of the federal procurement process, its negligence in assuring that companies with which it does business abide by the law, and its carelessness in continuing to spend taxpayer money to line the pockets of possible criminals,"** Rep. Slaughter's letter reads.

**"Neither the federal investigation into Shirlington Limousine, Inc.'s possible criminal activities, nor DHS' Inspector General investigation has concluded,"** the letter continues. **"Extending Shirlington Limousine, Inc.'s contract with questions of the company's impropriety still lingering is not only irresponsible, its insulting to taxpayers who trust that their government will not use their hard earned money to reward supporters operating possible gambling, bribery, and prostitution rings."**

**"I am angry by DHS' decision to continue Shirlington Limousine, Inc.'s contract, and urge that it be revoked until the investigation into the company's questionable actions are concluded."**

**The complete text of Rep. Slaughter's letter is included below:**

October 19, 2006

The Honorable Michael Chertoff
Secretary

U.S. Department of Homeland Security
Washington, DC 20528

Dear Secretary Chertoff,

I am writing out of concern that the Department of Homeland Security (DHS) recently extended its contract with Shirlington Limousine and Transportation, Incorporated, a car service involved in a federal investigation due to allegations of bribery, gambling, and prostitution. Once again, I am disappointed by your agency's apparent disregard for the integrity of the federal procurement process, its negligence in assuring that companies with which it does business abide by the law, and its carelessness in continuing to spend taxpayer money to line the pockets of possible criminals.

I initially raised concerns about federal contracts with Shirlington Limousine, Inc. in May, after news reports indicated the company was providing services to several agencies, including DHS. On May 24, I wrote a letter to the then Acting Director and Deputy Director for Management of the Office and Management and Budget asking that all information pertaining to federal contracts with Shirlington Limousine, Inc. be released. This request was forwarded to your agency's Inspector General on June 27, and I did not receive a response until September 8. The response did not provide any information pertaining to DHS' business relationship with Shirlington Limousine, Inc., and stated only that an investigation was ongoing.

I am deeply troubled that DHS would continue a relationship with a company allegedly entangled in a disgraceful corruption scandal with a former Member of Congress who is already serving jail time for separate charges of accepting bribes. Neither the federal investigation into Shirlington Limousine, Inc.'s possible criminal activities, nor DHS' Inspector General investigation has concluded. Extending Shirlington Limousine, Inc.'s contract with questions of the company's impropriety still lingering is not only irresponsible, its insulting to taxpayers who trust that their government will not use their hard earned money to reward supporters operating possible gambling, bribery, and prostitution rings.

I am angry by DHS' decision to continue Shirlington Limousine, Inc.'s contract, and urge that it be revoked until the investigation into the company's questionable actions are concluded. Thank you for your consideration of my concerns. I await your response.

Sincerely,

Louise M. Slaughter
Member of Congress

###

**Close Window**