ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest*

SHIRLINGTON LIMOUSINE &
TRANSPORTATION, INC.
717 D Street, N.W., Suite 300
Washington, D.C. 20004

Plaintiff,

v.

THE UNITED STATES
SERVE:
Attorney in Charge of Litigation
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W., 8th Floor
Washington, D.C. 20530

Defendant.

FILED
APR - 4 2007
U.S. COURT OF
FEDERAL CLAIMS

No. 07-220 C

**CERTIFICATE REQUIRED BY RULE 65 OF THE**
**UNITED STATES COURT OF FEDERAL CLAIMS**

I, David J. Taylor, the undersigned counsel of record for Shirlington Limousine & Transportation, Inc. ("Shirlington"), certify that I hand-delivered or caused to be hand-delivered two copies of the following documents to the assigned attorney, Kenneth Woodward, at the Department of Justice, Commercial Litigation Branch, 1100 L Street, NW, Washington, DC 20530, in accordance with the Rules of the United States Court of Federal Claims:

(1) Complaint for Preliminary Injunction, Permanent Injunction and Declaratory Judgment (and accompanying exhibits);

(2) Motion for Temporary Restraining Order;

(3) Motion for Preliminary Injunction;

(4) Memorandum of Points and Authorities in Support of Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction;

(5) Proposed orders granting Motion for Temporary Restraining Order; and

(6) Proposed order granting Motion for Preliminary Injunction.

It is further certified that I have attempted to give notice of Plaintiff's request for Temporary and/or Preliminary Injunctive relief by contacting the Department of Justice attorney assigned to this action, Kenneth Woodrow, Esq. No additional notice should be required.

Respectfully submitted,

David J. Taylor
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W., 9th Floor
Washington, D.C. 20005
Ph: (202) 898-5800
Fx: (202) 682-1639

Mr. Taylor's Direct Dial
(202) 898-5838

davidtaylor@spriggs.com

*Counsel of Record for Plaintiff*
*Shirlington Limousine & Transportation, Inc.*

April 4, 2007

OF COUNSEL:

William J. Spriggs
Katherine A. Schultz
SPRIGGS & HOLLINGSWORTH

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of April, 2007, two copies of the foregoing Certificate were caused to be hand delivered to the following:

Kenneth Woodward, Esq.
U.S. Department of Justice
Commercial Litigation Branch, 8th Floor
1100 L Street, N.W.
Washington, D.C., 20530

David J. Taylor