ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest*

FILED
APR - 4 2007
U.S. COURT OF FEDERAL CLAIMS

SHIRLINGTON LIMOUSINE &
TRANSPORTATION, INC.
717 D Street, N.W., Suite 300
Washington, D.C. 20004

Plaintiff,

v.

No. 07-220 C

THE UNITED STATES
SERVE:
Attorney in Charge of Litigation
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W., 8th Floor
Washington, D.C. 20530

Defendant.

**MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 65(a) of the Rules of the Court of Federal Claims, Plaintiff Shirlington Limousine & Transportation, Inc. ("Shirlington"), moves the Court for a preliminary injunction enjoining the Defendant, the United States Department of Homeland Security, its agents, employees, officers and representatives, and those acting in concert with or participating with any of the foregoing, from awarding a contract under Solicitation Number HSHQDC-07-R-00009 for shuttle bus and sedan transportation services to Department of Homeland Security employees within the District of Columbia and surrounding areas.

A Memorandum of Points and Authorities accompanies this motion.

Respectfully submitted,

David J. Taylor
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W., 9th Floor
Washington, D.C. 20005
Ph: (202) 898-5800
Fx: (202) 682-1639

Mr. Taylor's Direct Dial
(202) 898-5838

davidtaylor@spriggs.com

*Counsel of Record for Plaintiff*
*Shirlington Limousine & Transportation, Inc.*

April 4, 2007

OF COUNSEL:

William J. Spriggs
Katherine A. Schultz
SPRIGGS & HOLLINGSWORTH

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of April, 2007, two copies of the foregoing Motion for Preliminary Injunction were caused to be hand delivered to the following:

Kenneth Woodward, Esq.
U.S. Department of Justice
Commercial Litigation Branch, 8th Floor
1100 L Street, N.W.
Washington, D.C., 20530

David J. Taylor