IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHIRLINGTON LIMOUSINE & TRANSPORTATION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 07-220C |
| | ) | (Judge Braden) |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Kenneth D. Woodrow as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Kenneth D. Woodrow
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street N.W.

Dated: April 9, 2007

/s/
Kenneth D. Woodrow
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: 202-353-0513

**CERTIFICATE OF FILING**

I hereby certify that on this 9th day of April 2007, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Kenneth D. Woodrow