# In the United States Court of Federal Claims

No. 07-220C
Filed April 12, 2007

| | |
|---|---|
| SHIRLINGTON LIMOUSINE & TRANSPORTATION, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**SCHEDULING ORDER**

Pursuant to the parties' request, the court hereby enters the following schedule:

1. Administrative Record. Pursuant to RCFC 52.1(a), the Administrative Record will be filed on or before April 16, 2007. Plaintiff may file a Motion for Discovery and/or Supplementation of the Record on or before April 20, 2007. The Government may file a Response on or before April 27, 2007.

2. Dispositive Motions. Pursuant to RCFC 52.1(b), Plaintiff will file a Motion for Judgment on the Administrative Record on April 30, 2007. The Government will file a Response and Cross-Motion on May 15, 2007. Plaintiff will file a Reply on May 18, 2007.

3. Oral Argument. Oral argument will be held on May 23, 2007 at 10:00 am. Oral argument will be held at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**