IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| SHIRLINGTON LIMOUSINE & TRANSPORTATION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-220C |
| THE UNITED STATES, | ) | (Judge Braden) |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE**
**ADMINISTRATIVE RECORD ON CD-ROM**

Defendant, the United States, respectfully requests leave to file the administrative record utilizing a CD-ROM. This case is designated for electronic filing using the Court's CM/ECF system. The administrative record in this case will exceed the two megabyte size limitation applicable to electronic files, Rules of the United States Court of Federal Claims ("RCFC") General Order 42A ¶ 4, and the 50-page limitation requiring printed documents, RCFC General Order 42A ¶ 5. In addition, a sealed administrative record may not be filed electronically unless authorized by the Court. RCFC General Order 42A ¶ 7. Counsel for plaintiff has been contacted and does not oppose this motion.

The administrative record consists of multiple documents. These materials can most efficiently be delivered to the Court and to the parties on a CD-ROM. This method will provide efficient and easy access to the administrative record by the parties and the Court. Filing on CD-ROM also provides the most efficient and secure method for submission of the administrative record under seal.

For these reasons, defendant respectfully requests that this motion for leave to file on CD-ROM be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Kenneth D. Woodrow
KENNETH D. WOODROW
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530
Phone: (202) 353-0513
Fax: (202) 514-7976

OF COUNSEL:

ROSE J. ANDERSON
Attorney Advisor
General Law Division
U.S. Department of Homeland Security
Washington, DC 20528

April 16, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 16th day of April, 2007, a copy of the foregoing "MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORD ON CD-ROM" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kenneth D. Woodrow