IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| SHIRLINGTON LIMOUSINE & TRANSPORTATION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-220C |
| THE UNITED STATES, | ) | (Judge Braden) |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF FILING OF**
**ADMINISTRATIVE RECORD UNDER SEAL**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims ("RCFC") and the Court's April 12, 2007 scheduling order, defendant, the United States, respectfully provides notice of the filing, under seal, of the Administrative Record in this case.

Due to the proprietary and confidential nature of the information contained in the Administrative Record, defendant respectfully requests that the administrative record be filed under seal, in accordance with the Court's April 12, 2007 protective order.

The administrative record is being filed on CD-ROM with a courtesy copy to the Court pursuant to RCFC General Order 42A ¶5.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Kenneth D. Woodrow
KENNETH D. WOODROW
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530
Phone: (202) 353-0513
Fax: (202) 514-7976

Attorneys for Defendant

OF COUNSEL:

ROSE J. ANDERSON
Attorney Advisor
General Law Division
U.S. Department of Homeland Security
Washington, DC 20528

April 16, 2007

CERTIFICATE OF FILING

I hereby certify that on this 16th day of April, 2007, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD UNDER SEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kenneth D. Woodrow

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 16th day of April 2007, I caused to be delivered by hand-delivery a copy of “DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD UNDER SEAL” and “ADMINISTRATIVE RECORD CD-ROM” to the following address:

David J. Taylor
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W., 9th Floor
Washington, D.C. 20005
Ph: (202) 898-5800
Fax: (202) 682-1639

--------------------------------------------