# In the United States Court of Federal Claims

No. 07-220C
Filed April 17, 2007

*************************************

SHIRLINGTON LIMOUSINE & TRANSPORTATION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

*************************************

**ORDER**

The court hereby grants the Government's April 16, 2007 Unopposed Motion for Leave to File the Administrative Record on CD-ROM.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**