IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest*

| | | |
|---|---|---|
| SHIRLINGTON LIMOUSINE & TRANSPORTATION, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-220C Judge Braden |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT THE ADMINISTRATIVE RECORD WITH EXPANDED DISCOVERY**

COMES NOW Plaintiff, Shirlington Limousine & Transportation, Inc. ("Shirlington") and moves the Court for leave to supplement the Administrative Record ("A.R.") with expanded discovery. Shirlington seeks leave to conduct very limited discovery on Count II only, through the use of one deposition upon oral examination pursuant to Rules 26 and 30 of the Rules of the Court of Federal Claims.

The requested discovery has been narrowly drafted to a discrete set of deposition topics. Specifically, Plaintiff seeks leave to conduct discovery regarding Count II of its Complaint, alleging that the Department of Homeland Security ("DHS") erred in failing to accept Shirlington's proposal, which will be critical to Shirlington's ability to obtain any contract if it should lose on Count I, the failure to set aside for a HUBZone competition. With regard to Count II, Plaintiff seeks leave to take the deposition of Frank Rumph, Contract Specialist, Office of Procurement Operations, DHS.

Plaintiff only wishes to address with this witness the circumstances surrounding the delivery of proposals under the Solicitation and the decision to refuse to accept Shirlington's proposal. This deposition can be completed in one hour. Plaintiff requests that the aforesaid deposition be taken in accordance with rules of this court.

Plaintiff assumes that the court will rule on this Motion on the papers; however, should the court desire to hear from the parties, Plaintiff will be glad to comply, either in person or in a telephone conference. Plaintiff is advised by counsel for the Government that it will oppose this motion. A Memorandum of Points and Authorities accompanies this motion.

WHEREFORE, Plaintiff prays this Court to grant Plaintiff leave to depose Frank Rumph on an expedited basis, so as not to delay the expeditious resolution of this case.

Respectfully submitted,

David J. Taylor
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW, Ninth Floor
Washington, D.C. 20005
Ph: (202) 898-5800
Fax: (202) 682-1639

Mr. Taylor's Direct Dial
(202) 898-5838

davidtaylor@spriggs.com

*Counsel of Record for Plaintiff*
*Shirlington Limousine & Transportation, Inc.*

April 18, 2007

OF COUNSEL:
William J. Spriggs
Katherine A. Schultz
SPRIGGS & HOLLINGSWORTH

**CERTIFICATE OF FILING**

I hereby certify that on the 18th day of April, 2007, a copy of the foregoing "Plaintiff's Motion for Leave to Supplement the Agency Record with Expanded Discovery" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David J. Taylor