# In the United States Court of Federal Claims

No. 07-220 C
Filed: April 20, 2007

| | |
|---|---|
| **SHIRLINGTON LIMOUSINE & TRANSPORTATION, INC.** | |
| **Plaintiff** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant** | |

## ORDER

Although designated as an electronic case in the court's case management/electronic case filing (CM/ECF) system, any filing in excess of 100 pages (inclusive of appendices/exhibits) will be filed in traditional, hard-copy form, and not in electronic form. The parties will make such filings in accordance with the requirements set forth in the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED.**

s/**Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**