IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| SHIRLINGTON LIMOUSINE & TRANSPORTATION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-220C |
| THE UNITED STATES, | ) | (Judge Braden) |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO STRIKE AFFIDAVIT SUBMITTED WITH PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT THE ADMINISTRATIVE RECORD WITH EXPANDED DISCOVERY**

Defendant, the United States, respectfully requests that the Court strike the Affidavit of Lucretia Pearce, filed contemporaneously with Shirlington Limousine & Transportation, Inc.'s ("Shirlington") April 18, 2007 motion for leave to supplement the administrative record with expanded discovery, for the following reasons: (1) the affidavit is not part of the administrative record which, pursuant to 28 U.S.C. § 1491(b)(4), defines the scope of judicial review in this action; (2) Shirlington failed to file a motion for leave to supplement the administrative record with the Pearce affidavit and failed to consult with the undersigned counsel before attempting to supplement the record; and (3) the Pearce affidavit contains inadmissible hearsay, is factually inaccurate, and misleading. Additionally, we respectfully request that the Court strike those portions of Shirlington's motion that rely upon the statements made in the affidavit.