# In the United States Court of Federal Claims

No. 07-220C
Filed April 30, 2007

| | |
|---|---|
| SHIRLINGTON LIMOUSINE & TRANSPORTATION, INC., | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

## ORDER

The court hereby orders that the parties follow proper electronic filing procedures to ensure that all motions and briefs in this case are filed under seal if protected information is contained therein.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**