# In the United States Court of Federal Claims

No. 07-220C
Filed April 30, 2007

**************************************
SHIRLINGTON LIMOUSINE & TRANSPORTATION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
**************************************

**ORDER**

Upon consideration of Plaintiff's April 18, 2007 Motion for Leave to Supplement the Administrative Record with Expanded Discovery and the Government's April 27, 2007 Opposition, the court hereby grants Plaintiff's April 18, 2007 Motion. Pursuant to RCFC 26 and 30, Plaintiff may depose Mr. Frank Rumph, Contract Specialist, Office of Procurement Operations, United States Department of Homeland Security, regarding the circumstances surrounding the delivery of proposals under the Solicitation and the decision to refuse to accept Plaintiff's proposal.

Plaintiff is hereby granted leave to file a supplemental brief to Plaintiff's April 30, 2007 Motion for Judgment on the Administrative Record on or before May 4, 2007 with information gleaned from the Rumph deposition as it relates to Count II of the Complaint. The Government's Response and Cross-Motion for Judgment on the Administrative Record will be filed on or before May 15, 2007, as set forth in the April 12, 2007 Scheduling Order.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**