# In the United States Court of Federal Claims

No. 07-220C
Filed April 30, 2007

| | |
|---|---|
| SHIRLINGTON LIMOUSINE & TRANSPORTATION, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

The court hereby denies the Government's April 27, 2007 Motion to Strike Affidavit Submitted With Plaintiff's Motion for Leave to Supplement the Administrative Record With Expanded Discovery.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**