**AGREED UPON REDACTED COPY – MAY BE MADE PUBLIC**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest*

| | |
|---|---|
| SHIRLINGTON LIMOUSINE & TRANSPORTATION, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES<br>Defendant. | No. 07-220C<br>Judge Braden<br>**PUBLIC VERSION** |

**PLAINTIFF'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD AND FOR DECLARATORY AND INJUNCTIVE RELIEF**

Shirlington Limousine & Transportation, Inc. ("Shirlington"), respectfully moves for judgment in favor of Shirlington and against the United States on the Administrative Record under Rule 52.1 of the Rules of the United States Court of Federal Claims ("RCFC"). Shirlington further requests that the Court issue declaratory and injunctive relief under 28 U.S.C. § 1491(b)(2) and RCFC 65. As set forth in the accompanying Memorandum, the Government's decision not to set-aside the procurement under Solicitation Number HSHQDC-07-R-00009 (the "Solicitation") for competition among HUBZone small business concerns was arbitrary, capricious, and not in accordance with the statute and regulations. Further, the Government's failure to accept Shirlington's proposal as properly filed was similarly incorrect. Moreover, the balance of harms and the public interest decisively weigh in favor of the issuance of declaratory and injunctive relief to remedy these violations of procurement law.

Accordingly, Shirlington specifically requests that the Court enter, based on the Administrative Record: (1) a declaratory judgment that (a) the procurement should have been set

aside for competition among HUBZone small business concerns and that DHS may not award a contract under the Solicitation; (b) the Solicitation should be canceled and reissued as a HUBZone small business set-aside; and (c) if the procurement is not set aside for competition among HUBZone small businesses, declare that DHS should be required to accept Shirlington's proposal of December 19, 2006, for the small business contract as timely filed; (2) a permanent injunction consistent with and enforcing the Court's declaratory judgment; (3) an order granting such other and further relief as the Court deems necessary, just and proper; (4) should the Court not order the acceptance of Plaintiff's proposal under Count II, Plaintiff asks that it be awarded its bid preparation costs; and (5) Plaintiff also asks the Court to award Plaintiff its costs and attorneys' fees under the Equal Access to Justice Act.

Respectfully submitted,

David J. Taylor
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW, Ninth Floor
Washington, D.C. 20005
Ph: (202) 898-5800
Fax: (202) 682-1639

Mr. Taylor's Direct Dial
(202) 898-5838

davidtaylor@spriggs.com

*Counsel of Record for Plaintiff*
*Shirlington Limousine & Transportation, Inc.*

May 2, 2007

OF COUNSEL:
William J. Spriggs
Katherine A. Schultz
SPRIGGS & HOLLINGSWORTH

**CERTIFICATE OF FILING**

I hereby certify that on the 2nd day of May 2007, a copy of the foregoing "Plaintiff's Motion for Judgment on the Administrative Record and Declaratory and Injunctive Relief – PUBLIC VERSION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David J. Taylor