# In the United States Court of Federal Claims

No. 07-220C
Filed: May 4, 2007

| | |
|---|---|
| SHIRLINGTON LIMOUSINE & TRANSPORTATION, INC., Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## **ORDER**

Pursuant to the May 4, 2007 telephone status conference, the court hereby grants Plaintiff's April 30, 2007 Unopposed Motion to Supplement the Administrative Record and May 2, 2007 Unopposed Motion for Leave to Request Documents and Extension of Time to File Supplemental Brief.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**