IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest*

| | | |
|---|---|---|
| SHIRLINGTON LIMOUSINE & TRANSPORTATION, INC. Plaintiff, v. THE UNITED STATES Defendant. | ) | No. 07-220C Judge Braden |

**CONSENT MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD AND NOTICE OF FILING SUPPLEMENT TO THE ADMINISTRATIVE RECORD**

Pursuant to the Court's April 30, 2007 Order granting Plaintiff's Motion for Leave to Supplement the Administrative Record with Expanded Discovery, and pursuant to the Court's April 12, 2007, Protective Order, Plaintiff, Shirlington Limousine & Transportation, Inc. ("Shirlington") respectfully requests that the Court supplement the Administrative Record with the May 2, 2007 deposition transcript of Frank Rumph, Contract Specialist for the Department of Homeland Security. Defendant, the United States, has indicated its consent to this motion. Should the Court grant this Motion, the transcript will be included as Administrative Record pages 614 through 658.

In addition, pursuant to the Court's May 4, 2007, Order granting Plaintiff's Motion to Supplement the Administrative Record, Shirlington, respectfully provides notice of the filing of the enclosed supplement to the Administrative Record in this case. This supplement includes three documents that are part of the record in the previous bid protest proceedings at the Government Accountability Office ("GAO").

The three documents are the following:

(1) Additional Comments of Protester in File No. B-299241 (January 31, 2007);

(2) Declaration of Lucretia Pearce, Chief Operating Officer and Project Manager, Shirlington Limousine & Transportation, Inc. (January 18, 2007);

(3) Declaration of Christopher Baker, Owner, Shirlington Limousine & Transportation, Inc. (January 18, 2007).

These three documents are now included as Administrative Record pages 603 through 613.

Respectfully submitted,

David J. Taylor
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW, Ninth Floor
Washington, D.C. 20005
Ph: (202) 898-5800
Fax: (202) 682-1639

Mr. Taylor's Direct Dial
(202) 898-5838

davidtaylor@spriggs.com

*Counsel of Record for Plaintiff*
*Shirlington Limousine & Transportation, Inc.*

May 9, 2007

OF COUNSEL:
William J. Spriggs
Katherine A. Schultz
SPRIGGS & HOLLINGSWORTH

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of May, 2007, a copy of the foregoing "Consent Motion to Supplement the Administrative Record and Notice of Filing Supplement to the Administrative Record" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David J. Taylor