# In the United States Court of Federal Claims

No. 07-220C
Filed May 14, 2007

*************************************
SHIRLINGTON LIMOUSINE & TRANSPORTATION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

The court hereby grants Plaintiff's May 9, 2007 Consent Motion to Supplement the Administrative Record. Plaintiff will separately file pages 614 through 658 of the Administrative Record.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**