IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest*

| | | |
|---|---|---|
| SHIRLINGTON LIMOUSINE & TRANSPORTATION, INC. | ) | |
| Plaintiff, | ) | No. 07-220C |
| v. | ) | Judge Braden |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF FILING SUPPLEMENT TO ADMINISTRATIVE RECORD**

Pursuant to the Court's May 14, 2007 Order granting Plaintiff's Consent Motion to Supplement the Administrative Record, Plaintiff, Shirlington Limousine & Transportation, Inc., respectfully provides notice of the filing of the enclosed supplement to the Administrative Record in this case. This supplement includes Administrative Record pages 614 through 658.

Respectfully submitted,

David J. Taylor
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW, Ninth Floor
Washington, D.C. 20005
Ph: (202) 898-5800
Fax: (202) 682-1639

*Counsel of Record for Plaintiff*
*Shirlington Limousine & Transportation, Inc.*

May 14, 2007

OF COUNSEL:
William J. Spriggs
Katherine A. Schultz
SPRIGGS & HOLLINGSWORTH

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of May, 2007, a copy of the foregoing "Plaintiff's Notice of Filing Supplement to Administrative Record" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David J. Taylor