IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest*

| | | |
|---|---|---|
| SHIRLINGTON LIMOUSINE & TRANSPORTATION, INC., Plaintiff, | ) | |
| v. | ) | No. 07-220C<br>Judge Braden |
| THE UNITED STATES, Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO**
**SUPPLEMENT THE ADMINISTRATIVE RECORD**

COMES NOW Plaintiff, Shirlington Limousine & Transportation, Inc. ("Shirlington") and pursuant to the Rules of the United States Court of Federal Claims ("RCFC") Appendix C, ¶ 24, moves the Court for leave to supplement the Administrative Record ("AR") in this pre-award bid-protest. In particular, Shirlington wishes to supplement the AR with the April 18, 2007 Declaration of Lucretia Pearce. A copy of the declaration is attached to this Motion as Exhibit A.

In support of this request, Plaintiff notes that the statement was previously filed in this Court as Attachment A to Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion for Leave to Supplement the Administrative Record with Expanded Discovery. By order of April 30, 2007 the Court denied the Government's Motion to Strike this statement.

In addition, both parties have relied upon this statement in support of their respective Motions for Judgment on the Administrative Record. *See e.g.*, Gov't Br. at 21-22; Pl. Reply Br. at 13, 15.

Accordingly, Shirlington respectfully requests that the Court supplement the Administrative Record pursuant to RFCF App. C, ¶ 24 to include the attached Exhibit A, April 18, 2007 Declaration of Lucretia Pearce. Should the Court grant this Motion, the Statement will be included as Administrative Record pages 659 through 661.

Respectfully submitted,

David Taylor

David J. Taylor
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW, Ninth Floor
Washington, D.C. 20005
Ph: (202) 898-5800
Fax: (202) 682-1639

Mr. Taylor's Direct Dial
(202) 898-5838

davidtaylor@spriggs.com

*Counsel of Record for Plaintiff*
*Shirlington Limousine & Transportation, Inc.*

May 18, 2007

OF COUNSEL:
William J. Spriggs
Katherine A. Schultz
SPRIGGS & HOLLINGSWORTH

**CERTIFICATE OF FILING**

I hereby certify that on this 18th day of May, 2007, a copy of the foregoing "Plaintiff's Motion for Leave to Supplement the Administrative Record" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David J. Taylor

# EXHIBIT A

**ATTACHMENT A**

**DECLARATION OF LUCRETIA PEARCE**
**April 18, 2007**

The purpose of this declaration is to set forth facts in support of Plaintiff's Motion for Leave to the Supplement the Administrative Record with Expanded Discovery

1. On the morning of December 19, 2006, we were prepared to deliver our bid. After going through the binders one more time, we referred to the solicitation that indicated that the proposals should be delivered to 245 Murray Lane, Bldg. 410. We also deliberated over why this proposal was not to be submitted via e-mail, as the past two solicitations had been.

2. When we began the first contract in 2004, Department of Homeland Security (DHS) personnel instructed us that 245 Murray Lane, SW, is synonymous with the GSA Building at 7th & D Streets, SW. As the incumbent contractor, we have always delivered, and continue to deliver documents as routinely as once a month to this building. Such documents include signed contracts, contract modifications and invoices. All of the documents bear the address 245 Murray Lane, Bldg. 410, Washington, DC 20528.

3. After instructing offerors twice in the solicitation to deliver the bid to 7th & D Streets, SW/245 Murray Lane, Bldg. 410, the amendment in the RFP later on states 'change the address to read,' 245 Murray Lane, SW., Bldg. 410. It does not say 'deliver to' 245 Murray Lane, SW, neither does it say not to deliver to 7th & D Streets, SW.

4. At no time in the RFP were the instructions given that the delivery address, as evidenced on government documents, is actually a building within a secured facility on Bolling Air Force Base or Anacostia Naval Station, because the Government deems this address secret, secure, and anonymous to DHS employees and contractors.

5. Since the very first proposal delivered to DHS was taken to the bid office, we concluded that this was the place to submit the proposal. Mr. Baker informed me that he had tried to contact Frank Rumph, but received a voicemail. In order to confirm our decision I made an emergency call to my Contracting Officer, Shirley Turner at 8:38 am. This call is shown as call number 3 on the attached Cellular Services Call Detail. I told her I was about to submit my proposal. She seemed surprised and wondered why the request had not been made to submit it electronically. She asked, "What does the solicitation say?" I responded, "245 Murray Lane, Bldg. 410. But that is the DHS Building." In the end, she said, "take it to the building. Take it to Frank Rumph." I then called the substitute for my COTR Jim Rappa. He was not available, so I contacted the Director of Asset Management, Bill Guerin. He also was not available. These calls are listed as call numbers 5 and 6 on the attached Cellular Services Call Detail.

6. When I delivered the bid to the bid room, I asked the lady behind the counter if she was DHS procurement personnel and if that was the correct place to submit this proposal. She verified the solicitation number and said "Yes." She accepted the bid, wrote up my bid receipt and clocked the delivery in.

**ATTACHMENT A**

7. We have since found out that there is a four-part inspection process to entering Bolling Air Force Base and Anacostia Naval Station. They are as follows:

   1) The individual must approach the gate secured by Military Police. He must state his purpose, and show Military ID, Air Force Base ID or regular ID. Upon stating intent to go to 245 Murray Lane, Bldg. 410 you must present a delivery manifest along with a regular ID.

   2) The individual is directed to the base' Visitor Center where he must produce a vehicle registration, insurance card, and current driver's license. He must fill out a government form to receive a Visitor's Pass.

   3) The individual must report once again to the front gate to produce his Visitor's Pass and ID to receive clearance to enter the base.

   4) The individual is then directed to 245 Murray Lane, Bldg 410.

   None of the aforementioned procedures were explained in the Request for Proposals.

8. The bid sat in the bid room from December 19, 2006 to January 9, 2007, when we found out it had not been acknowledged. Since submitting the bid, the Chief of the Bid Room apologized, saying "Either someone left this here intentionally or they made a mistake." He assured me he would have someone from DHS come down from upstairs and pick up the bid and to call him in the morning. When I contacted him the next morning he said he had spoken with someone upstairs and evidently the person who brought the cart down to pick up the bids left mine on the table. He instructed me to call back in the afternoon. When I called him back, he told me he was sorry, I would have to come and pick up the bid and take it to 245 Murray Lane, Bldg. 410. I asked him "Where is Murray Lane? It's that building", to which he replied, "I don't know, but you have to come and get them out of here."

9. DHS personnel along with a representative from the Small Business Office in DHS advised me to talk with Vicky Short, Contracting Officer, appointed to preside over the solicitation, to explain the procedures that were taken when submitting the bid. She told me she was not allowed to talk to me.

10. Since then, DHS has refused to accept our bid and the bid has not been returned to our office.

11. I declare under penalty of perjury pursuant to 28 U.S.C. 1746, that the foregoing is true and correct.

Lucretia A. Pearce

Lucretia Pearce
Chief Operating Officer and Project Manager
Shirlington Limousine & Transportation, Inc.

April 18, 2007

Date: April 18, 2007

PRINT THIS PAGE ▸

☒ Close

Account number: 622029023

Account Administrator: Chris Baker

Statement Date: January 11, 2007
Billing Period: December 08 - January 07, 2007

Select Another Billing Period

Show available reports

**To view coverage maps and rates visit Sprint.com.**

## DETAILS FOR 202-437-3142

### Cellular Services Call Detail

| No. | Date | Time | Call To | Number | Footnote (See pg. 2) | Min:Sec | Usage | *Long Dist./ Other | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/08 | 06:34A | Incoming | 202-437-2400 | OP | 1:00 | 0.00 | 0.00 | 0.00 |
| 2 | 12/08 | 08:00A | Incoming | 703-924-3121 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 3 | 12/08 | 08:38A | WASHINGTON DC | 202-316-1642 | PP | 2:45 | 0.00 | 0.00 | 0.00 |
| 4 | 12/08 | 08:41A | WASHINGTON DC | 202-393-3002 | PP | 1:23 | 0.00 | 0.00 | 0.00 |
| 5 | 12/08 | 08:43A | WASHINGTON DC | 202-447-5084 | PP | 1:21 | 0.00 | 0.00 | 0.00 |
| 6 | 12/08 | 08:46A | WASHINGTON DC | 202-447-5031 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 7 | 12/08 | 08:50A | ALEXANDRIA VA | 703-924-3121 | PP | 1:25 | 0.00 | 0.00 | 0.00 |
| 8 | 12/08 | 09:10A | Incoming | 202-898-0481 | PP | 3:33 | 0.00 | 0.00 | 0.00 |
| 9 | 12/08 | 09:35A | WASHINGTON DC | 202-437-2400 | PP | 1:30 | 0.00 | 0.00 | 0.00 |
| 10 | 12/08 | 09:37A | Incoming | 202-437-2400 | PP | 4:21 | 0.00 | 0.00 | 0.00 |
| 11 | 12/08 | 09:45A | Incoming | 703-924-3121 | PP | 7:53 | 0.00 | 0.00 | 0.00 |
| 12 | 12/08 | 11:04A | Incoming | 202-437-3158 | PP | 3:01 | 0.00 | 0.00 | 0.00 |
| 13 | 12/08 | 11:05A | WASHINGTON DC | 202-879-3013 | PP | 1:08 | 0.00 | 0.00 | 0.00 |
| 14 | 12/08 | 11:12A | Incoming | 202-637-2762 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 15 | 12/08 | 11:28A | ATLANTA NW GA | 678-290-6006 | PP | 1:15 | 0.00 | 0.00 | 0.00 |
| 16 | 12/08 | 11:45A | Incoming | 202-427-6601 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 17 | 12/08 | 11:59A | WASHINGTON DC | 202-393-3002 | PP | 1:20 | 0.00 | 0.00 | 0.00 |
| 18 | 12/08 | 01:29P | Incoming | 678-290-6006 | PP | 1:01 | 0.00 | 0.00 | 0.00 |
| 19 | 12/08 | 01:37P | Incoming | 202-393-3002 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 20 | 12/08 | 01:47P | NORRISTOWN PA | 610-220-9111 | PP | 7:32 | 0.00 | 0.00 | 0.00 |