ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

FILED
MAY 10 2007
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SHIRLINGTON LIMOUSINE & TRANSPORTATION, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-220C |
| THE UNITED STATES, | ) | (Judge Braden) |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF FILING**
**<u>OF REDACTED ADMINISTRATIVE RECORD</u>**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully provides notice of the filing of the redacted public version of the Administrative Record in this case.

Pursuant to the Court's April 20, 2007 order, we are filing the redacted administrative record in traditional, hard-copy, form.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

BRIAN M. SIMKIN
Assistant Director

KENNETH D. WOODROW
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530
Phone: (202) 353-0513
Fax: (202) 514-7976

OF COUNSEL:

ROSE J. ANDERSON
Attorney Advisor
General Law Division
U.S. Department of Homeland Security
Washington, DC 20528

May 10, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 16th day of April 2007, I caused to be delivered by hand-delivery a copy of "DEFENDANT'S NOTICE OF FILING OF REDACTED ADMINISTRATIVE RECORD" to the following address:

David J. Taylor
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W., 9th Floor
Washington, D.C. 20005
Ph: (202) 898-5800
Fax: (202) 682-1639

Tiffany Wooten