# In the United States Court of Federal Claims

No. 07-220C
Filed: May 23, 2007

| | |
|---|---|
| SHIRLINGTON LIMOUSINE & TRANSPORTATION, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

Upon consideration of Plaintiff's May 18, 2007 Motion for Leave to Supplement the Administrative Record and the Government's May 23, 2007 Opposition, as expressed during oral argument, the court hereby grants Plaintiff's May 18, 2007 Motion. The court also grants Plaintiff's May 23, 2007 oral Motion for Leave to Supplement the Administrative Record with the document marked "Sprint cellular services call detail." Plaintiff will file, under cover of "Notice," the above referenced documents together as pages 659-62 of the Administrative Record.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**