IN THE UNITED STATES COURT OF FEDERAL CLAIMS
*Bid Protest*

| | | |
|---|---|---|
| SHIRLINGTON LIMOUSINE & TRANSPORTATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | ) | No. 07-220C<br>Judge Braden |

**PLAINTIFF'S NOTICE OF FILING SUPPLEMENT TO ADMINISTRATIVE RECORD**

Pursuant to the Court's Order at the May 23, 2007 hearing, whereby the Court granted Plaintiff's Motion for Leave to Supplement the Administrative Record with the April 18, 2007 Declaration of Lucretia Pearce (and phone records attached thereto), Plaintiff, Shirlington Limousine & Transportation, Inc., respectfully provides notice of the filing of the enclosed supplement to the Administrative Record in this case. This supplement will become Administrative Record pages 659-662.

Respectfully submitted,

David J. Taylor
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW, Ninth Floor
Washington, D.C. 20005
Ph: (202) 898-5800
Fax: (202) 682-1639

*Counsel of Record for Plaintiff*
*Shirlington Limousine & Transportation, Inc.*

May 23, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of May, 2007, a copy of the foregoing "Plaintiff's Notice of Filing Supplement to Administrative Record" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David J. Taylor