# In the United States Court of Federal Claims

**No. 07-220 C**

**SHIRLINGTON LIMOUSINE & TRANSPORTATION, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Memorandum Opinion and Final Order, filed June 27, 2007, granting the Government's May 15, 2007 Motion to Dismiss,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

Brian Bishop
Clerk of Court

**June 27, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.