# In the United States Court of Federal Claims

No. 07-220C
Filed: July 9, 2007

*************************************
SHIRLINGTON LIMOUSINE & TRANSPORTATION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

On July 6, 2007, Plaintiff filed a Motion for Partial Reconsideration seeking partial reconsideration of the court's June 27, 2007 Memorandum Opinion and Final Order. *See Shirlington Limousine & Transportation Inc.,* v. *United States*, __ Fed. Cl. __, 2007 WL 1880738. Pursuant to Rule 59(b), the court orders the Government to file a Response, or notice indicating an intent not to respond, on or before July 25, 2007. *See* RCFC 59(b) ("The court will not rule in favor of any motion under this rule without first requesting by order a response to the motion.").

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**